No. 83–1677.   BROWN, SECRETARY OF STATE OF OHIO *v.* BRANDON ET AL.;
No. 83–1678.   CELESTE, GOVERNOR OF OHIO *v.* BRANDON ET AL.; and
No. 83–1679.   FLANAGAN ET AL. *v.* BRANDON ET AL.   Affirmed on appeals from D. C. S. D. Ohio.   JUSTICE POWELL and JUSTICE REHNQUIST would note probable jurisdiction and set cases for oral argument.

No. 82–1564.   LONEWOLF *v.* LONEWOLF.   Appeal from Sup. Ct. N. M. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1648.   PICKERING *v.* CITY OF BUFFALO, NEW YORK. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1685.   CORBIN *v.* ALASKA.   Appeal from Ct. App. Alaska dismissed for want of substantial federal question.

No. 83–1731.   COHRAN *v.* STATE BAR OF GEORGIA.   Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 83–277.   WALTERS, ADMINISTRATOR OF VETERANS' AFFAIRS *v.* HOME SAVINGS & LOAN ASSOCIATION OF LAWTON, OKLAHOMA.   C. A. 10th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heckler* v. *Community Health Services of Crawford County, Inc., ante,* p. 51.

No. 83–1149.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* STARNES ET AL.   C. A. 4th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Heckler* v. *Ringer,* 466 U. S. 602 (1984). JUSTICE WHITE took no part in the consideration or decision of this case.